UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KELLER COOPER, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | NO. CV 17-2639-FMO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that the Defendants' motion to dismiss is GRANTED IN PART AND DENIED IN PART as follows:

    1) Defendant's motion to dismiss based on failure to exhaust remedies is denied without prejudice;

    2) Defendants' motion to dismiss the *Monell* claims against the County and all individual defendants in their official capacity is granted with leave to amend;

    3) Defendants' motion to dismiss the claims against Sheriff McDonnell in his individual capacity is granted with leave to amend; and

4) Defendants' motion to dismiss the conspiracy claims against all defendants is granted with leave to amend.

If Plaintiff chooses to file a Second Amended Complaint, it must be filed within 30 days after entry of this Order, it must bear the docket number assigned to this case, be labeled "Second Amended Complaint," and be complete in and of itself without reference to the original complaint, attachment, pleading or other documents.

The Clerk is DIRECTED to provide Plaintiff with a pro se civil rights packet.

If Plaintiff chooses not to amend the First Amended Complaint, the FAC will go forward against Deputy Leonetti, Sergeant Thoms and Sergeant Brown in their individual capacity for excessive force claims. The Court will order service on Sergeant Thoms and Sergeant Brown based on the additional identifying information provided in Plaintiff's opposition brief.

The case is referred back to the Magistrate Judge for further proceedings.

DATED: March 28, 2019

/s/
FERNANDO M. OLGUIN
United States District Judge