UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES KELLER COOPER JR., | NO. CV 17-2639-FMO (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| TOMS, et al., | |
| Defendant. | |

On August 17, 2020, the Court issued an Order re Dismissal dismissing this action without prejudice. *See Link v. Wabash R.R.*, 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962). The order was without prejudice to Plaintiff's ability to file a motion to reopen the case within 45 days after entry of the Order. To date Plaintiff did not file a motion to reopen the case. The Court's mail to Plaintiff has been returned by the postal service as undeliverable.

Pursuant to the Order re Dismissal,

IT IS ADJUDGED that judgment is entered for Defendants and the entire action is dismissed without prejudice.

DATED: November 30, 2020

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE